IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY ARMSTRONG,

    Plaintiff,                                  No. CIV-S-07-1046 GEB GGH PS

    vs.

SISKIYOU COUNTY SHERIFF'S
DEPARTMENT, et al.,                            ORDER

    Defendants.

_____/

        On August 2, 2007, plaintiff filed a proposed second amended complaint adding High Desert State Prison as a defendant, and made a separate request for leave to add the prison as the fourth defendant in this action. Both requests will be denied.

        As a state governmental entity, or "arm of the state," High Desert State Prison is not a person for purposes of 42 U.S.C. § 1983. Will v. Michigan Department of State Police, 491 U.S. 58, 68, 109 S.Ct. 2304, 2311, 105 L.Ed.2d 45 (1989). Thus, plaintiff's civil rights claims are barred against this state agency by the Eleventh Amendment to the U.S. Constitution. See, e.g., Romano v. Bible, 169 F.3d 1182, 1185 (9th Cir. 1999) (citing Pennhurst v. Halderman, 465 U.S. 89, 100, 104 S. Ct. 900 (1984) ("The Eleventh Amendment bars suits against the State or its agencies for all types of relief, absent unequivocal consent by the state").

1

1    Accordingly, plaintiff's request filed August 2, 2007, for further amendment of
2 the complaint is DENIED; the operative complaint shall remain the amended complaint filed July
3 12, 2007. Additionally, plaintiff's request filed August 2, 2007, that High Dessert [sic] State
4 Prison be added as the fourth defendant in this action is DENIED.
5    So ordered.
6 DATED: 8/28/07                           /s/ Gregory G. Hollows

7                                          GREGORY G. HOLLOWS
                                           UNITED STATES MAGISTRATE JUDGE
8

9
  GGH5: Armstrong.1046.ord
10