IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY ARMSTRONG,

    Plaintiff,                           No. CIV-S-07-1046 GEB GGH PS

    vs.

SISKIYOU COUNTY SHERIFF'S
DEPARTMENT, et al.,                      ORDER

    Defendants.

_____/

        Presently pending on this court's law and motion calendar for December 6, 2007, is defendants' motion to dismiss the complaint. Fed. R. Civ. P. 12(b)(6). Plaintiff, who is imprisoned, has not filed a response, which was due November 19, 2007; service of the response upon defendants was to be made on or before November 16, 2007. See E. D. Cal. L. R. 78-230(c) (opposition must be filed 14 or more days before the scheduled hearing date and, if service is made by mail, served upon the opposing party at least 17 days before the hearing).

        Due to plaintiff's incarceration, and pursuant to a review of defendant's moving papers, the court has determined that oral argument would not be of material assistance in resolving the issues presented. Accordingly, the hearing scheduled for December 6, 2007 is hereby vacated and defendants' motion to dismiss is submitted for decision on the papers.

1

1  Additionally, the time within which plaintiff may file an opposition or statement
2  of nonopposition is hereby extended as follows (Fed. R. Civ. P. 6(b)):  Plaintiff may now serve
3  and file his opposition, if any, on or before December 7, 2007; defendants may serve and file a
4  reply, if any, on or before December 14, 2007.
5  So ordered.
6  DATED:  11/29/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

10  GGH5: Armstrong.1046.sub