IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY ARMSTRONG,

      Plaintiff,                  2:07-cv-1046-GEB-GGH-PS

     vs.

SISKIYOU COUNTY SHERIFF'S DEPARTMENT, et al.,

      Defendants.           ORDER

_____/

        On March 13, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Defendants filed timely objections on March 20, 2008, and plaintiff filed timely objections on March 26, 2008, but both were considered by the district judge.

        This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law. See Orand v.

1

United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full. Accordingly, IT IS ORDERED that the Findings and Recommendations filed March 13, 2008, are ADOPTED; and defendants' motion to dismiss (#13 & #16) is granted in part and denied in part, as follows:

1. The Siskiyou County Sheriff's Department shall remain a named defendant;

2. Deputy Sheriffs Bahr Tharsing and Robert Stewart shall remain named defendants, both in their personal and official capacities;

3. Plaintiff's § 1983 claim for unlawful arrest pursuant to the Fourth and Fourteenth Amendments shall proceed;

4. Plaintiff's § 1983 claims pursuant to the Fifth (Double Jeopardy) and Sixth Amendments are dismissed;

5. Plaintiff's punitive damages claim pursuant to § 1983 is dismissed as to the County only; the claim shall proceed against Deputies Tharsing and Stewart in their personal capacities;

6. Plaintiff's compensatory damages claim pursuant to § 1983 shall proceed against all defendants; and

7. Plaintiff's conspiracy claims pursuant to 18 U.S.C. § 241 and 42 U.S.C. § 1985 are dismissed.

Dated: April 15, 2008

GARLAND E. BURRELL, JR.
United States District Judge