1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JERRY ARMSTRONG,

11              Plaintiff,                    No. CIV-S-07-1046 GEB GGH PS

12        vs.

13   SISKIYOU COUNTY SHERIFF'S
     DEPARTMENT, et al.,                      ORDER
14
                Defendants.
15
     _____/
16

17              On April 15, 2008, the District Judge adopted this court's Findings and

18   Recommendations filed March 13, 2008, granting in part and denying in part defendants' motion

19   to dismiss.  On April 18, 2008, defendants filed their answer to plaintiff's amended complaint.

20              Accordingly, consistent with this court's "Order Requiring Timely Service and

21   Joint Status Report," filed August 7, 2007, the parties are hereby directed to confer and file,

22   within thirty days of the filing date of this order, a joint status report addressing the following:

23                   (a)  Possible joinder of additional parties;

24                   (b)  Expected or desired amendment of pleadings;

25                   (c)  Jurisdiction and venue;

26                   (d)  Anticipated motions and their scheduling;

1

(e)  The report required by Rule 26 outlining the

proposed discovery plan and its scheduling,

including disclosure of expert witnesses;

(f)  Proposed cut-off dates for discovery, law and motion, pretrial

conference and trial;

(g)  Special procedures, if any;

(h)   Estimated trial time;

(i)   Modification of standard pretrial procedures due

to the simplicity or complexity of the proceedings;

(j)  Whether the case is related to any other case, including bankruptcy;

(k)  Whether a settlement conference should be scheduled;

(l)  Any other matters that may add to the just and expeditious

disposition of this matter.

Upon reviewing the joint status report, the court will issue a scheduling order

and/or set a status conference.

So ordered.

DATED: 04/24/08                                    /s/ Gregory G. Hollows

_____

UNITED STATES MAGISTRATE JUDGE

GGH5: Armstrong.1046.jsr