IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY ARMSTRONG,

    Plaintiff,                               No. CIV.S. 07-1046 GEB GGH PS

    vs.

SISKIYOU COUNTY SHERIFF'S
DEPARTMENT, et al.,                        ORDER

    Defendants.
_____/

        For good cause shown, the court will grant the request of attorney Gary M. Gex that his appointment as plaintiff's counsel be withdrawn. Alternate counsel will be sought by the court to represent plaintiff.

        Accordingly, the appointment of attorney Gary M. Gex as plaintiff's counsel is hereby withdrawn.

        So ordered.

DATED: 06/24/08                                 /s/ Gregory G. Hollows

                                           GREGORY G. HOLLOWS
                                           UNITED STATES MAGISTRATE JUDGE

GGH5: Armstrong.1046.wthdrw

1