IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY ARMSTRONG,

       Plaintiff,                            No. CIV.S. 07-1046 GEB GGH PS

    vs.

SISKIYOU COUNTY SHERIFF'S
DEPARTMENT, et al.,                         <u>ORDER</u>

       Defendants.

_____/

        For the reasons set forth in this court's order filed June 24, 2008, the court has determined that this civil rights case is appropriate for appointment of counsel drawn from this district's civil rights pro bono panel. <u>See</u> E.D. Cal. General Order No. 230; 28 U.S.C. § 1915(e)(1). Attorneys John Balazs and Joseph Wiseman have agreed to act as co-counsel for plaintiff.

        Accordingly, the court finds as follows:

        1. Efforts to obtain legal representation for plaintiff without order of this court would be futile;

        2. Plaintiff's income is 125 percent or less of the current poverty threshold established by the Office of Management and Budget of the United States and he is otherwise

1 without resources to obtain counsel;

2     3. This case is of a type that attorneys in this district ordinarily do not accept
3 without prepayment of a fee;

4     4. This case is not a fee generating case within the meaning of California Business
5 and Professions Code § 8030.4(g); and

6     5. This case has sufficient merit to warrant appointment of counsel pursuant to
7 General Order No. 230.

8     Therefore, this court orders as follows:

9     1. John Balazs and Joseph Wiseman are appointed as co-counsel for plaintiff
10 pursuant to General Order No. 230;

11     2. Counsel are directed to contact the Clerk's Office to make arrangements for
12 copies of the file;

13     3. Counsel shall submit all deposition transcript costs for payment pursuant to
14 § 8030.6 of the California Business and Professions Code.  All other contemplated costs shall be
15 handled as described in General Order No. 230;

16     4. Both parties now appearing by counsel, the referral to the magistrate judge is
17 withdrawn.  However, the magistrate judge shall continue to perform all duties described in
18 Local Rule 72-302(c)(1)-(20).  The Clerk of Court shall remove the "PS" designation on this
19 case.

20     5. Pursuant to a stipulation of plaintiff's and defendants' counsel, this case shall
21 be set on the District Judge's law and motion calendar for a status conference within 60 days of
22 service of this order or as otherwise authorized by the District Judge; and

23 / / /
24 / / /
25 / / /
26 / / /

1       6. The Clerk of Court shall electronically serve a copy of this order on John

2 Balasz at john@balazslaw.com, and Joseph Wiseman at wiselaw@earthlink.net

3       So ordered.

4 DATED:   July 16, 2008

                                           /s/ Gregory G. Hollows

5                                       GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

7 GGH5: Armstrong.1046.appt.cnsl