IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
JERRY ARMSTRONG,                    )
                                    )
            Plaintiff,              )   2:07-cv-1046-GEB-GGH
                                    )
       v.                           )   ORDER*
                                    )
SISKIYOU COUNTY SHERIFF'S           )
DEPARTMENT; BEHR THARSING;          )
ROBERT STEWART,                     )
                                    )
            Defendants.             )
_____)
```

On September 30, 2008, Defendants filed a motion for leave to file a third party complaint against the State of California Department of Corrections and Rehabilitation (the "Department of Corrections"), the State of California, and Alfred Bearden ("Bearden"), a parole agent of the Department of Corrections. Plaintiff filed a statement of non-opposition to the motion on October 2, 2008. The motion is GRANTED. Therefore, Defendants have ten days leave from the date on which this Order is issued to file the third

///

---

* This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h).

1

1 | party complaint attached to their motion.

2 | Dated: October 28, 2008

```
                                _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge
```