UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY ARMSTRONG,<br><br>        Plaintiff,<br><br>     v.<br><br>SISKIYOU COUNTY SHERIFF'S DEPARTMENT; BEHR THARSING; ROBERT STEWART,<br><br>        Defendants. | 2:07-CV-01046-GEB-GGH<br><br>ORDER |

The petition Plaintiff Jerry W. Armstrong filed on December 3, 2008, (docket number 62) is stricken, since Plaintiff Armstrong has no right to represent himself at the same time he is being represented by counsel.

IT IS SO ORDERED.

Dated:  December 4, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

1