1 EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of the State of California
2 KENNETH R. WILLIAMS, State Bar No. 73170
Supervising Deputy Attorney General
3 WILLIAM P. BRODBECK, State Bar No. 94904
Deputy Attorney General
4  1300 I Street, Suite 125
   Post Office Box 944255
5  Sacramento, CA 94244-2550
   Telephone: (916) 327-6758
6  Facsimile: (916) 324-5205
   Email: *Bill.Brodbeck@doj.ca.gov*
7 Attorneys for Third Party Defendants California
Department of Corrections and Rehabilitation and
8 State of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JERRY ARMSTRONG,<br><br>               Plaintiff,<br><br>v.<br><br>SISKIYOU COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>               Defendants.<br><br>SISKIYOU COUNTY SHERIFF'S DEPARTMENT, BEHR THARSING and ROBERT STEWART,<br><br>               Third Party Plaintiffs,<br><br>v.<br><br>ALFRED BEARDEN, STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, STATE OF CALIFORNIA,<br><br>               Third Party Defendants. | 2:07-CV-1046 GEB GGH<br><br>**STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING AND ORDER** |

///

This stipulation is entered into as of March 9, 2009, by and between Third Party Plaintiffs, Siskiyou County Sheriff's Department, Behr Tharsing and Robert Stewart, through their counsel of record, Philip B. Price, and Third Party Defendants California Department of Corrections and Rehabilitation (CDCR) and State of California, through their attorney of record, William P. Brodbeck, Deputy Attorney General.

It is stipulated by the parties that Defendants have an extension of time to, and including, March 24, 2009, to file a response to Third Party Complaint which was personally served on Defendants on or about January 28, 2009.

This is the second stipulation for an extension of time between the parties. The first stipulation was filed on February 13, 2009.

IT IS SO STIPULATED.

Dated: March 9, 2009                / s / **Philip B. Price**
                                    _____
                                    Philip B. Price
                                    Attorney for Third Party Plaintiffs


Dated: March 10, 2009               / s / **William P. Brodbeck**
                                    _____
                                    William P. Brodbeck
                                    Attorney for Defendants
                                    State of California and CDCR


## ORDER

**IT IS SO ORDERD.**

Dated: March 11, 2009


GARLAND E. BURRELL, JR.
United States District Judge

_____