JOHN BALAZS, Bar No. 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, CA 95814
Tel: (916) 447-9299
Fax: (916) 557-1118
John@Balazslaw.com

JOSEPH J. WISEMAN, Bar No. 107403
Joseph J. Wiseman, P.C.
1477 Drew Avenue, Suite 106
Davis, CA 95618
Tel:   (530) 759-0700
Fax:  (530) 759-0800
wiselaw@earthlink.net

Attorneys for Plaintiff
Jerry Armstrong

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY ARMSTRONG, | No. CV-S 07-1046-GEB-GGH |
| Plaintiff, | |
| v. | COUNSEL FOR PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL OF RECORD AND PROPOSED ORDER |
| SISKIYOU COUNTY SHERIFF'S DEPARTMENT; BEHR THARSING; ROBERT STEWART, | |
| Defendants. | Hon. Garland E. Burrell, Jr. |

In an order filed June 6, 2008, U.S. Magistrate Judge Gregory G. Hollows found that this case was one where appointment of counsel was appropriate, pursuant to the Court's pro bono civil rights panel.  Thereafter, in an order filed July 17, 2008, the Court appointed undersigned counsel John Balazs and Joseph Wiseman to represent plaintiff Jerry Armstrong.  In an order filed November 30, 2009, the district court granted defendants' motion for summary judgment and dismissing third party plaintiffs' complaint.  Judgment was entered on December 1, 2009.

 Counsel for Armstrong now move to withdraw as counsel of record for Mr. Armstrong.  Counsel was appointed before discovery was completed.  Counsel represented Mr. Armstrong through factual development of his claims, including the depositions of plaintiff, two defendants, and the third-party defendant.  Counsel also prepared and filed an opposition to defendants' motion for summary judgment.  Now that the Court has granted defendants' motion for summary judgment, counsel believe that further representation of plaintiff is no longer warranted under the district's civil rights pro bono panel and request leave to withdraw as counsel of record.  Appointment in this civil action is discretionary.  Mr. Armstrong has advised counsel he seeks to appeal the judgment against him.  Counsel will cooperate with Mr. Armstrong and will assist him in filing a pro se notice of appeal as he desires.

 For these reasons, counsel John Balazs and Joseph Wiseman move to withdraw from continued representation of Mr. Armstrong under the district's civil rights pro bono panel.

              Respectfully submitted,

Dated: December 7, 2009

              /s/ John Balazs
              JOHN BALAZS
              JOSEPH WISEMAN

              Attorneys for Plaintiff
              Jerry Armstrong

              **ORDER**

 IT IS SO ORDERED.

Dated:  December 7, 2009

              GARLAND E. BURRELL, JR.
              United States District Judge